1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID A. COATES,

             Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

            Defendant.

CASE NO. 12-cv-05494 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (ECF No. 20), and the relevant record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration; and

1    (3)    The Clerk is directed to enter Judgment and close this case.

2    Dated this 25th day of February, 2013.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE